**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206243)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone:    415.772.4700
Facsimile:    415.772.4707
Email:    *lking@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
Elana Katcher (admitted *pro hac vice*)
Gregory K. Arenson (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email:    *rkaplan@kaplanfox.com*
        *ekatcher@kaplanfox.com*
        *garenson@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 910
Los Angeles, CA 90025
Telephone: (310) 575-8604
Email:    *jfarar@kaplanfox.com*

*Attorneys for Affiliated Foods Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MSB |
| | Class Action |
| | **NOTICE OF CHANGE OF FIRM ADDRESS (SUITE NUMBER ONLY)** |
| This Document Relates to: | Chief District Judge: Hon. Dana M. Sabraw |
| *Lee Inc. et al, v. Lion Capital LLP et al,* No. 3:22-cv-01694-DMS-MSB | |

1   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's

3   Oakland office has changed suite numbers.  The updated address information is:

4               Kaplan Fox & Kilsheimer LLP
              1999 Harrison Street, Suite 1501

5               Oakland, CA 94612

6       All other contact information, the telephone number, facsimile number, and email address

7   for Laurence D. King remains the same.

8

9                                 Respectfully submitted,

10                              **KAPLAN FOX & KILSHEIMER LLP**

11   DATED: October 7, 2025          By:  /s/ Laurence D. King
                               *Laurence D. King*

12                              Laurence D. King (SBN 206423)
                           1999 Harrison Street, Suite 1501

13                            Oakland, CA 94612
                           Telephone:  415-772-4700

14                            Facsimile:  415-772-4707
                           Email:    *lking@kaplanfox.com*

15

16                            **KAPLAN FOX & KILSHEIMER LLP**
                           Robert N. Kaplan (admitted *pro hac vice*)

17                            Elana Katcher (admitted *pro hac vice*)
                           Gregory K. Arenson (admitted *pro hac vice*)

18                            800 Third Avenue, 38th Floor
                           New York, NY 10022

19                            Telephone: (212) 687-1980
                           Email:    *rkaplan@kaplanfox.com*

20                                        *ekatcher@kaplanfox.com*
                                     *garenson@kaplanfox.com*

21                            **KAPLAN FOX & KILSHEIMER LLP**
                           Justin B. Farar (SBN 211556)

22                            12400 Wilshire Boulevard, Suite 910
                           Los Angeles, CA 90025

23                            Telephone: (310) 575-8604
                           Email:    *jfarar@kaplanfox.com*

24

25                            *Attorneys for Affiliated Foods Plaintiffs*

26

27

28

**PROOF OF SERVICE**

I, Laurence D. King, here by certify that I caused the aforementioned document entitled *Notice of Change of Firm Address (Suite Number Only)* to be filed with the Court's CM/ECF system that provides registered counsel of record e-service of the filed document.

In addition, the following parties were served <u>*via U.S. First Class mail,*</u> at the addresses indicated below:

| | |
|---|---|
| Alyson Louise Oliver<br>Oliver Law Group P.C.<br>363 West Big Beaver Road, Suite 200<br>Troy, MI 48084 | Amelia F. Burroughs<br>Janssen Malloy LLP<br>730 Fifth Street<br>Eureka, CA 95501 |
| Andrew John Dressel<br>Napoli Shkolnik PLLC<br>360 Lexington Ave., 11th Floor<br>New York, NY 10017 | Anthony Thomas Greene<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| Barak Bassman<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | Chad Saunders<br>Crosner Legal P.C.<br>9440 Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210 |
| Christopher D. Lischewski<br>PO Box 9460<br>Rancho Santa Fe, CA 92067 | Craig S Coleman<br>Faegre Baker Daniels LLP<br>90 S 7th St, Suite 2200<br>Minneapolis, MN 55402-3901 |
| David E. Pontius<br>Andrews & Pontius<br>4810 State Road<br>PO Box 10<br>Ashtabula, OH 44005 | David L. Zifkin<br>Boies, Schiller and Flexner LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 |
| Dewitt M. Lovelace<br>Lovelace Law Firm, P.A.<br>12870 US Highway 98 West, Suite 200<br>Miramar Beach, FL 32550 | Eric P. Tuttle<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036 |
| Erik Raven-Hansen<br>Allen & Overy LLP<br>1101 New York Ave, NW<br>Washington, DC 20005 | Erin Gibson Allen<br>Fisher & Phillips<br>Six PPG Place, Suite 830<br>Pittsburgh, PA 15222 |
| Gary McKay Yarborough , Jr<br>Yarborough Law Firm | Harold Timothy Gillis<br>Gillis Way & Campbell, LLP |

845 Highway 90, Suite B
Bay Saint Louis, MS 39520

1022 Park Street, Suite 308
Jacksonville, FL 33204-6476

Jalaine Garcia
Kenny Nachwalter
Seymour Arnold
Critchlow and Spector
201 South Biscayne Boulevard, Suite 1100
Miami, FL 33131

James Cash
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

Jason L. Fairchild
Andrews & Pontius
4810 State Road
PO Box 10
Ashtabula, OH 44005

Jeffrey A. Ford
Andrews & Pontius
4810 State Road
PO Box 10
Ashtabula, OH 44005

Jeffrey Michael Goldman
Troutman Pepper Hamilton Sanders LLP
4 Park Plaza, Suite 1200
Irvine, CA 92614

Joel Davidow
Cuneo Gilbert & LaDuca LLP
507 C Street, NE
Washington, DC 20002

Johnny K Merritt
Mullin Hoard and Brown
500 South Taylor Street, Suite 800
Amarillo, TX 79101-1656

Jonathan Riley Myers
Simpson Thacher & Bartlett LLP
900 G Street NW, 9th Floor
Washington, DC 20001

Joseph N. Kiefer
Quinn Emanuel Urqhart Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Katherine E. Charonk
Bailey Glasser LLP
209 Capitol Street
Charleston, WV 25301

Shylah Renee Alfonso
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Maxwell M Blecher
Blecher and Collins
515 South Figueroa Street, Suite 1750
Los Angeles, CA 90017-3334

Mark I. Labaton
Motley Rice LLP
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Nancy A. Kulesa
Levi & Korsinsky, LLP
30 Broad Street, 24th Floor
New York, NY 1004

Nathan Andrew Holcomb
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

I am informed of my firm's practice for the service of documents *via U.S. First Class mail*

that that practice is that the documents are enclosed in sealed envelopes, with the postage prepaid

- 3 -

thereon, addressed as indicated above, and deposited for pickup with the United States Postal Service in the ordinary course of business on the same date as this Proof of Service.

I declare the foregoing is true and correct.  Executed this 7th day of October, at Oakland, California.

*Laurence D. King*
Laurence D. King